**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Junior Anthony SIMMS, a/k/a Glandon
Steve Lynch, a/k/a Steve Brown, a/k/a
Leroy Simms, a/k/a Eric Brooks, a/k/a
"Tallest", a/k/a "Sammo", Defen-
dant—Appellant.**

No. 04–6364.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2004.

Decided May 6, 2004.

Junior Anthony Simms, Appellant pro
se. Fernando Groene, Office of the United
States Attorney, Newport News, Virginia,
for Appellee.

Before LUTTIG, WILLIAMS, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Junior Anthony Simms seeks to appeal
the district court's order denying relief on
his motion filed under 28 U.S.C. § 2255
(2000). The order is not appealable unless
a circuit justice or judge issues a certifi-
cate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that his constitutional claims are de-
batable and that any dispositive procedural
rulings by the district court are also debat-
able or wrong. See *Miller–El v. Cockrell,*
537 U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003); *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.2001). We have indepen-
dently reviewed the record and conclude
that Simms has not made the requisite
showing. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED*